UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

MINUTE ORDER -TELEPHONE CONFERENCE/HEARING

JUDGE: McBryde
LAW CLERK: Liz Larson
COURT REPORTER: Debbie Saenz

Case No.: 4:15-CR-152-A
United States of America v. Eric Summers, et al.
Date Held: 07-22-15   Time:  2:32 p.m. - 2:40 p.m. (8 minutes)

Government's counsel:       Shawn Smith

Defendant's current counsel:   Robin McCarty

Defendant's proposed counsel: Michael Levine

========================================================

Telephone conference re: motion to substitute.

Defendant, James Donald Gatlin, present on the line.

The court confirmed defendant wished Michael Levine to substitute as counsel in place of Robin McCarty, and confirmed that defendant understood he would be responsible for paying Mr. Levine and reimbursing the court for the costs associated with Mr. McCarty's representation of defendant to this point.

Motion, granted.

Order to follow.

Conference concluded.