ORIGINAL

AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

_____Northern_____   DISTRICT OF   _____Texas_____

UNITED STATES OF AMERICA

V.

JAMES GATLIN

## EXHIBIT AND WITNESS LIST

Case Number:  4:15-CR-152-A(02)

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| John McBryde | Shawn Smith - AUSA | Michael P. Levine |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| Sentencing Hearing 01/29/2016 | Debbie Saenz | F. Arnold |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | 2 | 1/29/2016 | | Yes | Attorney Michael Levine - sworn & testified. |
| | 2 | 1/29/2016 | | Yes | Agent Dendy - sworn & testified. |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

JAN 2 9 2016

CLERK, U.S. DISTRICT COURT
By _____
Deputy

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.