U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JAN - 3 2024
CLERK, U.S. DISTRICT COURT
By MW Deputy

United States District Court
for the Northern District of Texas
Fort Worth Division

United States of America,
*Plaintiff,*

v.

James Gatlin,
*Defendant.*

FCI Marianna
Place of Confinement

49754-177
Federal Register Number

4:15-cr-00152-A-2
Criminal Case Number

**Defendant's Motion for Reduction of Sentence pursuant to 18 U.S.C. § 3582(c)(2) and Amendment 821 to the Federal Sentencing Guidelines:**

____ **Based on U.S.S.G. § 4C1.1 Adjustment for Zero-Point Offenders (for those assessed zero criminal history points at sentencing)**

X **Based on U.S.S.G. § 4A1.1(d) & (e) Criminal History Category (for those who received "status" points for being under a criminal justice sentence at the time of the offense)**

---

**Instructions - Read Carefully**

1. The court has received your request regarding a sentence reduction under Amendment 821 to the Sentencing Guidelines (effective November 1, 2023). You must complete this form motion and return it to the appropriate divisional office listed in instruction 3, below, to enable the court to consider your request. This form should only be used when requesting a sentence reduction pursuant to Amendment 821 to the Sentencing Guidelines and for no other purpose. Amendment 821 provides for reduction in offense level for certain offenders with zero criminal history points (U.S.S.G. § 4C1.1) and reduces or eliminates status points for certain offenders who previously received status points pursuant to U.S.S.G. § 4A1.1(d). Amendment 825 authorizes retroactive reductions effective February 1, 2024 or later. A copy of your original request is included with this form for your reference.

2. This motion must be legibly handwritten or typewritten. All questions must be briefly answered in the proper space on the form.

3. Completed motions must be mailed to the **Clerk of the United States District Court for the Northern District of Texas** at the appropriate divisional office below:

**Abilene Division**
341 Pine Street
Room 2008
Abilene, TX 79601

**Amarillo Division**
205 SE 5th Avenue
Room 133
Amarillo, TX 79101

**Dallas Division**
1100 Commerce Street
Room 1452
Dallas, TX 75242

**Fort Worth Division**
501 W. 10th Street
Room 310
Fort Worth, TX 76102

**Lubbock Division**
1205 Texas Avenue
Room 209
Lubbock, TX 79401

**San Angelo Division**
33 East Twohig Avenue
Suite 202
San Angelo, TX 76903

**Wichita Falls Division**
501 W. 10th Street
Room 310
Fort Worth, TX 76102

4. Questionnaires that do not follow these instructions will be returned, and the mistake will be identified.

**Questionnaire**

1. Name and location of court that entered the sentence that you are asking to reduce:

Northern District Of Texas (Fort Worth

2. Date(s) of sentence and judgment of conviction:

1-29-16

3. Are you currently in prison for this sentence?

X Yes ______ No

4. If so, when is your projected date of release? 05-06-2038

5. Are you currently on supervised release? X Yes ______ No

6. Are you currently in prison because you violated your supervised release for the conviction and sentence identified in response to Questions No. 1 and 2?

______ Yes X No

7. Is your case currently on appeal? ______ Yes __X__ No

8. Offense(s) for which you were convicted (all counts):

Conspiracy to posses With Intent to Distribute a Controlled Substance violation of 21 U.S.C. 846 (1)

9. In calculating the applicable sentencing guideline range, were you assessed any criminal history points (U.S.S.G. § 4A1.1)?

______ Yes ______ No __X__ Not Sure

9a. **If the answer to Question 9 is "No,"** check the box for all statements that apply to your conviction and sentence:

☐ I received criminal history points from Chapter Four, Part A;

☐ I received an adjustment under § 3A1.4 (Terrorism);

☐ I used violence or credible threats of violence in connection with the offense;

☐ the offense resulted in death or serious bodily injury;

☐ the instant offense of conviction is a sex offense;

☐ I personally caused substantial financial hardship;

☐ I possessed, received, purchased, transported, transferred, sold, or otherwise disposed of a firearm or other dangerous weapon (or induced another participant to do so) in connection with the offense;

☐ the instant offense of conviction is covered by § 2H1.1 (Offenses Involving Individual Rights);

☐ I received an adjustment under § 3A1.1 (Hate Crime Motivation or Vulnerable Victim) or § 3A1.5 (Serious Human Rights Offense);

☐ I received an adjustment under § 3B1.1 (Aggravating Role) or was engaged in a continuing criminal enterprise, as defined in 21 U.S.C. § 848; or

☒ none of the statements above applies to my case.

10. **If the answer to Question 9 is "Yes,"** were you assessed criminal history points for being "under any criminal justice sentence, including probation, parole, supervised release, imprisonment, work release, or escape status" at the time of the offense (a.k.a. "status points") (U.S.S.G. § 4A1.1(d))?

X Yes ______No ______ Not Sure

11. **If the answer to Question 10 is "Yes,"** how many criminal history points were assessed in total, including the "status points"?

11 Criminal History Points

12. If you were sentenced on or after April 5, 2023, did the Court provide the benefit of the "status points" or "zero-point offenders" amended guidelines at your sentencing hearing prior to the effective date?

________ Yes X No ________ Not Sure

13. List any good conduct that occurred after your original sentencing hearing or any other mitigating circumstances that you would like the Court to be aware of in deciding whether you should receive a sentence reduction (for example, participating in a drug treatment program, or completing your GED or another degree).

See Attached

For the reasons stated in this motion, I move the court for a reduction in sentence under 18 U.S.C. § 3582(c)(2) and Amendment 821 to the Federal Sentencing Guidelines. I declare under penalty of perjury that the facts stated in this motion are true and correct.

Respectfully submitted this DECEMBER 26, 2023.

James Gatlin
Signature of Defendant

James Gatlin
Printed Name

49754-177
BOP No.

FCI MARIANNA
Federal Correctional Institution (if applicable)

P.O. BOX 7007
Address

MARIANNA, FL 32447
City, State & Zip Code

# LOUISIANA BAPTIST UNIVERSITY

In recognition of the fulfillment of all the requirements of the

**School of Biblical Studies**

The Board of Trustees upon the recommendations of the faculty hereby confers upon

## James Donald Gatlin

the degree of

## Bachelor of Arts

With all honors, rights, privileges, and responsibilities thereunto appertaining. The diploma given at Shreveport, Louisiana on the seventh day of May in the year 2021 of our Lord Jesus Christ.

President

Dean

Registrar

BAPTIST UNIVERSITY LOUISIANA 1973

## Individualized Needs Plan - Program Review (Inmate Copy)

SEQUENCE: 01962947

Dept. of Justice / Federal Bureau of Prisons

Team Date: 12-13-2023

Plan is for inmate: GATLIN, JAMES 49754-177

| | | | |
|---|---|---|---|
| Facility: | MNA MARIANNA FCI | Proj. Rel. Date: | 05-06-2038 |
| Name: | GATLIN, JAMES | Proj. Rel. Mthd: | FIRST STEP ACT RELEASE |
| Register No.: | 49754-177 | DNA Status: | BMM06268 / 12-01-2016 |
| Age: | 48 | | |
| Date of Birth: | 08-25-1975 | | |

### Detainers

| Detaining Agency | Remarks |
|---|---|

*NO DETAINER*

### Current Work Assignments

| Facl | Assignment | Description | Start |
|---|---|---|---|
| MNA | AIR COND | HEATING/VENTING/AIR COND | 07-01-2021 |

### Current Education Information

| Facl | Assignment | Description | Start |
|---|---|---|---|
| MNA | ESL HAS | ENGLISH PROFICIENT | 09-27-2016 |
| MNA | GED HAS | COMPLETED GED OR HS DIPLOMA | 09-27-2016 |

### Education Courses

| SubFacl | Action | Description | Start | Stop |
|---|---|---|---|---|
| MNA | | V-HVAC APPRENTISESHIP | 03-31-2022 | CURRENT |
| MNA M | C | ANATOMY/PHYSIOLOGY | 03-20-2023 | 06-13-2023 |
| MNA M | C | WALK WITH EASE, ARTHRITIS FND | 10-28-2022 | 12-06-2022 |
| MNA M | C | INSIDEOUT NATL PARENT PGRM II | 04-23-2021 | 04-27-2022 |
| MNA M | C | RPP #6 FISH DEVELOPING INSIGHT | 04-18-2022 | 04-18-2022 |
| MNA M | C | RPP6-SELF DISCOVERY | 04-18-2022 | 04-18-2022 |
| MNA M | C | RPP6-FISH RETURNING HOME | 04-18-2022 | 04-18-2022 |
| MNA M | C | RPP6-TRAUMA/PTSD SELF-STUDY | 04-18-2022 | 04-18-2022 |
| MNA M | C | RPP6-STRONGER PERSON STUDY | 04-04-2022 | 04-04-2022 |
| MNA M | C | RPP6-FISH UNDERSTANDING ANGER | 04-01-2022 | 04-01-2022 |
| MNA M | C | RPP6-GANG INVOLV/ANTI-VIOLENT | 04-01-2022 | 04-01-2022 |
| MNA M | C | RPP6-DEPRESSION STUDY | 04-01-2022 | 04-01-2022 |
| MNA M | C | RPP6-ANGER MANAGEMENT STUDY | 04-01-2022 | 04-01-2022 |
| MNA M | C | RPP6-FINDING DIRECTION STUDY | 04-01-2022 | 04-01-2022 |
| MNA M | C | RPP6-ANXIETY/PTSD STUDY | 04-01-2022 | 04-01-2022 |
| MNA M | C | RPP6-SLEEP DISORDER | 01-31-2022 | 01-31-2022 |
| MNA M | C | RPP6-FISH SELF AWARENESS | 01-31-2022 | 01-31-2022 |
| MNA M | C | RPP6-THINK ABOUT RIGHT & WRONG | 01-26-2022 | 01-26-2022 |
| MNA M | C | RPP6-STINKING THINKING STUDY | 01-18-2022 | 01-18-2022 |
| MNA M | C | RPP6-MANAGING YOUR STRESS | 01-18-2022 | 01-18-2022 |
| MNA M | C | RPP6-MEN'S PROGRAMS | 11-02-2021 | 11-02-2021 |
| MNA M | C | RPP6-MEN'S PROGRAMS | 08-25-2021 | 08-25-2021 |
| MNA M | C | RPP6-HANDLING TOUGH TIMES | 07-08-2021 | 07-08-2021 |
| MNA M | C | RPP6-MEN'S PROGRAMS | 07-06-2021 | 07-06-2021 |
| MNA M | C | RPP6-MONEY MANAGEMENT | 07-06-2021 | 07-06-2021 |
| MNA M | C | MANAGING YOUR DIABETES (FSA) | 02-24-2021 | 05-06-2021 |
| MNA M | C | TALK TO DOCTOR (FSA) | 02-24-2021 | 03-24-2021 |
| YAP | C | FSA: ACT WORKKEYS | 08-13-2020 | 10-02-2020 |
| MNA M | C | RPP1-AIDS&STD/INFECTIOUS DISEA | 10-14-2020 | 10-14-2020 |
| YAP | C | PHASE1: NATIONAL PARENTING PGM | 08-24-2020 | 09-02-2020 |
| YAP | C | SERVE SAFE CULINARY ARTS PROG | 09-24-2019 | 10-10-2019 |
| YAM | C | TURNING POINTS | 12-21-2018 | 04-11-2019 |
| HAF | C | JOB FAIR INFORMATION | 08-16-2018 | 08-16-2018 |
| HAF | C | STEP AEROBICS 2 HOURS | 05-22-2018 | 07-12-2018 |
| HAF | C | CARDIO CIRCUIT TRAINING 2 HRS | 02-19-2018 | 04-10-2018 |
| HAF | C | BASIC NUTRITION 8 HOURS | 02-22-2018 | 04-19-2018 |
| HAF | C | ACE: GEOMETRY IN THE WORKPLACE | 09-10-2017 | 10-29-2017 |

**Individualized Needs Plan - Program Review (Inmate Copy)**
Dept. of Justice / Federal Bureau of Prisons
Plan is for inmate: GATLIN, JAMES 49754-177

SEQUENCE: 01962947
Team Date: 12-13-2023

| SubFacl | Action | Description | Start | Stop |
|---|---|---|---|---|
| HAF | C | ACE: INTRO TO ALGEBRA | 05-28-2017 | 07-30-2017 |

**Discipline History (Last 6 months)**

| Hearing Date | Prohibited Acts |
|---|---|

*** NO INCIDENT REPORTS FOUND IN LAST 6 MONTHS ***

**Current Care Assignments**

| Assignment | Description | Start |
|---|---|---|
| CARE1 | HEALTHY OR SIMPLE CHRONIC CARE | 11-01-2016 |
| CARE1-MH | CARE1-MENTAL HEALTH | 10-05-2016 |

**Current Medical Duty Status Assignments**

| Assignment | Description | Start |
|---|---|---|
| C19-RCVRD | COVID-19 RECOVERED | 01-19-2021 |
| LOWER BUNK | LOWER BUNK REQUIRED | 12-16-2022 |
| NO PAPER | NO PAPER MEDICAL RECORD | 09-21-2016 |
| REG DUTY | NO MEDICAL RESTR--REGULAR DUTY | 10-04-2016 |
| YES F/S | CLEARED FOR FOOD SERVICE | 10-04-2016 |

**Current Drug Assignments**

| Assignment | Description | Start |
|---|---|---|
| DAP DIAG | DRUG ABUSE DIAGNOSIS PENDING | 11-08-2016 |
| ED NONE | DRUG EDUCATION NONE | 09-22-2016 |
| NR COMP | NRES DRUG TMT/COMPLETE | 01-10-2018 |

**FRP Payment Plan**

Most Recent Payment Plan

**FRP Assignment:** **COMPLT** **FINANC RESP-COMPLETED** **Start: 03-01-2017**

Inmate Decision: **AGREED** **$100.00** Frequency: **SINGLE**

Payments past 6 months: **$0.00** Obligation Balance: **$0.00**

**Financial Obligations**

| No. | Type | Amount | Balance | Payable | Status |
|---|---|---|---|---|---|
| 1 | ASSMT | $100.00 | $0.00 | IMMEDIATE | COMPLETEDZ |

*** NO ADJUSTMENTS MADE IN LAST 6 MONTHS ***

**FRP Deposits**

Trust Fund Deposits - Past 6 months: $2,162.84 Payments commensurate ? N

New Payment Plan: FRP is complete.

**Current FSA Assignments**

| Assignment | Description | Start |
|---|---|---|
| FTC ELIG | FTC-ELIGIBLE - REVIEWED | 08-02-2022 |
| N-ANGER N | NEED - ANGER/HOSTILITY NO | 06-28-2023 |
| N-ANTISO Y | NEED - ANTISOCIAL PEERS YES | 06-28-2023 |
| N-COGNTV N | NEED - COGNITIONS NO | 06-28-2023 |
| N-DYSLEX N | NEED - DYSLEXIA NO | 05-30-2021 |
| N-EDUC N | NEED - EDUCATION NO | 06-28-2023 |
| N-FIN PV N | NEED - FINANCE/POVERTY NO | 06-28-2023 |
| N-FM/PAR N | NEED - FAMILY/PARENTING NO | 06-28-2023 |
| N-M HLTH N | NEED - MENTAL HEALTH NO | 06-28-2023 |
| N-MEDICL N | NEED - MEDICAL NO | 06-28-2023 |
| N-RLF N | NEED - REC/LEISURE/FITNESS NO | 06-28-2023 |
| N-SUB AB Y | NEED - SUBSTANCE ABUSE YES | 06-28-2023 |
| N-TRAUMA Y | NEED - TRAUMA YES | 06-28-2023 |
| N-WORK Y | NEED - WORK YES | 06-28-2023 |
| R-LW | LOW RISK RECIDIVISM LEVEL | 06-28-2023 |

# Individualized Needs Plan - Program Review (Inmate Copy)

SEQUENCE: 01962947

Dept. of Justice / Federal Bureau of Prisons

Team Date: 12-13-2023

Plan is for inmate: GATLIN, JAMES 49754-177

## Progress since last review

Currently enrolled in the HVAC Apprenticeship program and NCCER Core program.

## Next Program Review Goals

Enroll in and complete the K2 Awareness program by next team.

## Long Term Goals

Complete the HVAC Apprenticeship and NCCER Core programs by 12-2024.

## RRC/HC Placement

No.
Management decision - Not within timeframe.

## Comments

** No notes entered **

Name: GATLIN, JAMES DNA Status: BMM06268 / 12-01-2016
Register No.: 49754-177
Age: 48
Date of Birth: 08-25-1975

______________________________
Inmate (GATLIN, JAMES. Register No.: 49754-177)

______________________________
Date

| | |
|---|---|
| Unit Manager / Chairperson | Case Manager |
| Date | Date |

JAMES GATLIN
49754-177
FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 7007
MARIANNA, FL 32447

Pensacola FL 325
WED 27 DEC 2023

CLERK OF THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION
501 W. 10th STREET
ROOM 310
FORT WORTH, TX 76102

RECEIVED
JAN - 3 2024
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS