**United States District Court**
**for the Northern District of Texas**

Fort Worth **Division**

**United States of America**
*Plaintiff,*

v.

James Gatlin (2)
*Defendant.*

Crim. No. 4:15-CR-152-A

49754-177
Federal Register Number

**ORDER ON MOTION FOR REDUCTION OF SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2) AND AMENDMENTS 821 & 825 TO THE FEDERAL SENTENCING GUIDELINES**

Upon motion of the defendant pursuant to 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on the amendment found at:

☐ **U.S.S.G. § 4C1.1 Adjustment for Zero-Point Offenders**

☑ **U.S.S.G. § 4A1.1(d) & (e) Criminal History Status Points**

and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and considering the policy statement set forth at U.S.S.G. § 1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable, and for the reasons detailed in the Statement of Reasons,

**IT IS ORDERED** that the motion is:

☐ **GRANTED**, and the defendant's previously imposed sentence of imprisonment of ____________ months is reduced to __________ months. Except as otherwise provided, all of provisions of the judgment dated ______________ shall remain in effect.

☒ **DENIED.**

Date: 2-21-2024 Signed: Mark T. Pittman

Effective Date:
(If different from order date)